1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America
6




FILED
JUL 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

SEALED

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | IN THE MATTER OF THE SEARCH OF:        | CASE NO. 1:19 SW 00243 SAB
11 | THE UNDEVELOPED AREA WITHIN THE        | ORDER FOR DESTRUCTION OF BULK
   | SEQUOIA NATIONAL FOREST KERN           | MARIJUANA SEIZURE
12 | COUNTY, WITHIN THE APPROXIMATE GPS     |
   | COORDINATES OF N 35 44.855 W 118 36.895|
13 | AND ANY SATELLITE SITES.               |

14

15     The United States of America having applied to this Court for an order permitting its agents to

16 destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter

17 pursuant to duly authorized search warrants, and good cause appearing therefor,

18     IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in

19 the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after

20 they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped,

21 and after a representative sample consisting of no more than three kilograms and a sample aggregate portion

22 of the whole amount is retained for chemical testing.

23 Dated: July 30, 2019

24                                          _____
                                            STANLEY A. BOONE
25                                          U.S. MAGISTRATE JUDGE

26

27

28

Destruction Order                           1